**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00111-BNB

JOE M. TONEY,

    Plaintiff,

v.

WARDEN BERKEBILE,
A.W. MS. HALL,
A.W. MR. KUTA,
SIS REDDEN,
R. MARTINEZ,
MS. RANGEL,
TUTTOILMONDO,
MS. SUDLOW,
MR. MADISON,
MR. CHAVER,
MR. CROMER, and
MR. BRENT, et al.,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    The issue before the Court is Plaintiff's Motion for Leave to File an Amended Complaint, ECF No. 10, filed with the Court on February 1, 2013.  Prior to a responsive pleading being served, a plaintiff may amend a complaint once as a matter of course pursuant to Fed. R. Civ. P. Rule 15(a).  If Plaintiff desires to amend his Complaint he may do so without seeking permission of the Court.  Therefore, the Motion is DENIED as unnecessary.  An amended complaint supersedes the original complaint.  *See Balance v. Redman Homes, Inc.*, 759 F.2d 504, 508 (5th Cir. 1985); *Cameron v. Figwort,* 705 F.2d 676 (2$^{d}$ Cir.1983); *London v. Coopers & Lybrand,* 644 F.2d 811 (9th Cir. 1981); 6 C. Wright, A. Miller & M. Kane, *Federal Practice and Procedure* § 1476 (1990).

    The Clerk of the Court is instructed to send to Plaintiff two copies of the Court-approved form used in filing prisoner complaints and applicable instructions.

Dated:  February 2, 2013