IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 1 5 2013

JEFFREY P. COLWELL
CLERK

Civil Action No. **1:13-CV-111-BNB**

(To be supplied by the court)

JOE M. TONEY, JR. _____, Plaintiff,

v.

WARDEN BERKEBILE, _____,

A. W. HALL, _____,

A. W. KUTA, _____,

S.I.S. REDDEN, _____,

R. MARTINEZ, _____,

MS. RANGEL, _____,

MS. SUDLOW, _____,

MR. MADISON, _____, Defendant(s).

(List each named defendant on a separate line.)

---

**PRISONER COMPLAINT**

---

(Rev. 1/30/07)

**A. PARTIES**

1. JOE M. TONEY, JR., 26828-034, FLORENCE USP
   (Plaintiff's name, prisoner identification number, and complete mailing address)
   MAX, P.O. BOX, 8500, FLORENCE CO. 81226

2. BERKEBILE (WARDEN), FLORENCE USP MAX
   (Name, title, and address of first defendant)
   P.O. BOX, 8500, FLORENCE CO. 81226

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ✓ Yes ___ No (CHECK ONE). Briefly explain your answer:
   THE WARDEN AND SUPERVISOR OF THE PRISON INSTITUTION

3. MS. HALL (ASST. WARDEN), FLORENCE USP
   (Name, title, and address of second defendant)
   MAX, P.O. BOX, 8500, FLORENCE CO. 81226

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ✓ Yes ___ No (CHECK ONE). Briefly explain your answer:
   THE ASST., WARDEN OF OPERATIONS OF THE PRISON INSTITUTION

4. MR. KUTA (ASST. WARDEN), FLORENCE USP
   (Name, title, and address of third defendant)
   MAX, P.O. BOX, 8500, FLORENCE CO. 81226

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ✓ Yes ___ No (CHECK ONE). Briefly explain your answer:
   THE ASST., WARDEN OF OPERATIONS (MAIL ROOM), AND PRISON INSTITUTION

(If you are suing more than three defendants, use extra paper to provide the information requested above for each additional defendant. The information about additional defendants should be labeled "A. PARTIES.")

(Rev. 1/30/07)                    2

A.  PARTIES (CON'T)

5. MS. REDDEN (S.I.S. OFFICER), FLORENCE USP MAX, P.O. BOX, 8500, FLORENCE, CO. 81226

✓ YES, THIS DEFENDANT ACTED UNDER COLOR OF LAW.

THE OFFICER IN CHARGE OF OPERATIONS OF IN/ᵐ OUTGOING MAIL.

6. MR. MARTINEZ (MAIL OFFICER), FLORENCE USP MAX, P.O. BOX, 8500, FLORENCE, CO. 81226

✓ YES, THIS DEFENDANT ACTED UNDER COLOR OF LAW.

THE MAILROOM OFFICER IN CHARGE OF INCOMING/ᵐ OUTGOING MAIL.

7. MS. RANGEL (UNIT MANAGER), FLORENCE USP MAX, P.O. BOX, 8500, FLORENCE, CO. 81226

✓ YES, THIS DEFENDANT ACTED UNDER COLOR OF LAW.

THE UNIT MANAGER OF (F) UNIT, AND IN CHARGE OF OPERATIONS OF THE UNIT

2 - OF - 1.

A. PARTIES CON'T

8. Ms. SUBLOW (CASE MANAGER), FLORENCE
   USP MAX, P.O. BOX, 8500, FLORENCE, CO. 81226
   ✓ YES, THIS DEFENDANT ACTED UNDER
        COLOR OF LAW.
   THE CASE MANAGER OF (F) UNIT, AND
   IN CHARGE OF INMATES WELFARE

9. MR. MADISON (COUNSEL), FLORENCE USP
   MAX, P.O. BOX, 8500, FLORENCE, CO. 81226
   ✓ YES, THIS DEFENDANT ACTED UNDER
        COLOR OF LAW.
   THE COUNSEL (INMATE COUNSEL) OF
   (F) UNIT TEAM

2-OF-2.

## B. JURISDICTION

1. I assert jurisdiction over my civil rights claim(s) pursuant to:  (check one if applicable)

   _____ 28 U.S.C. § 1343 and 42 U.S.C. § 1983 (state prisoners)

   ✓ 28 U.S.C. § 1331 and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal prisoners)

2. I assert jurisdiction pursuant to the following additional or alternative statutes (if any):

   28 U.S.C. § 2201 AND 2202, 28 U.S.C. § 2283 AND 2284, AND RULE 65 (A)

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.  If more space is needed to describe the nature of the case, use extra paper to complete this section.  The additional allegations regarding the nature of the case should be labeled "C. NATURE OF THE CASE."

1. PLAINTIFF BEEN THREATEN, DISRESPECTED, MISTREATMENT BY OFFICER'S. DISRUPTION, INTERFERENCE WITH CASE'S IN COURT, OUT/or INCOMING PERSONAL/or LEGAL MAIL.

2. THE OFFICIAL'S HAS NOT RETURN FILED REMEDY'S OR RETURN (LATE) REJECTED/or EXPIRE. COPY'S MISSING OF REMEDY'S RETURN FROM THE NEXT LEVEL. ENABLE OF COMPLETION BY OFFICIAL'S.

3. HARASSMENT. THERE'S NO ADEQUATE REMEDY TO REDRESS THE WRONG. FOR IRREPARABLY INJURED CONDUCT, UNLESS THE COURT GRANT THE INJUNCTIVE FROM THIS CONTINUATION.

## D. CAUSE OF ACTION

State concisely every claim that you wish to assert in this action. For each claim, specify the right that allegedly has been violated and state all supporting facts that you consider important, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific cases to support your claim(s). If additional space is needed to describe any claim or to assert more than three claims, use extra paper to continue that claim or to assert the additional claim(s). The additional pages regarding the cause of action should be labeled "D. CAUSE OF ACTION."

1.   Claim One:   FIRST, & FIFTH AMENDMENT CLAIM

Supporting Facts: 1) 11/23/12, MR. MADISON RETURN A REJECTED (EXPIRE) REMEDY NO. 712556-FI, & REMEDY NO. 715590-FI ON 1/2/13, THAT VIOLATED THE FIRST AMENDMENT PROHIBITED REDRESS OF GRIEVANCE. (SEE, EX. 1-THR-7). id.

2) PLAINTIFF WAS CALL A "BITCH" BY MS. ALVAREZ, INFRONT C.O., RODRIGUEZ, & MR. MADISON VIOLATED THE FIRST, & FIFTH AMENDMENT (THE REMEDY BP.8 WAS NOT RETURN).

3) PLAINTIFF WAS THREATEN BY C.O., G. BREAM NOT TO GO TO REC., (i.e., DON'T ASK HIM FOR REC. AS LONG AS HE WORK HERE), ONE MORNING COMING FROM REC., MR. MADISON VIOLATED THE FIRST AMENDMENT THAT REMEDY BP. (8) WAS NOT RETURN OR ANSWER.

(Rev. 1/30/07)                    4

2.   Claim Two: <u>FIRST, & FOURTEENTH Amendment</u>

Supporting Facts: 4) PLAINTIFF HAS BEEN 'FORBID' & HAD NOT SEEN (NEITHER OFFER) THE (B) RANGE 'NEW'S PAPER'S' BY THE OFFICER'S IN OVER 'FIVE' MONTH'S, & THAT BP. (8) REMEDY WAS NOT RETURN.

5) PLAINTIFF HAS KEPT A 'CLEAN' RECORD FOR 'THREE' YEAR'S, EVERY YEAR HAS MADE SEVERAL REQUESTS FOR A TIER ORDERLY JOB, & NEVER RECEIVE NO RESPONSE IN VIOLATION OF THE FOURTEENTH AMENDMENT EQUAL PROTECTION CLAUSE BY MR. MADISON.

6) 11/19/12, PLAINTIFF REQUESTED COPIES OF LEGAL DOCUMENT'S, & MR. MADISON VIOLATED THE FIRST AMENDMENT & KEPT (1) SET OF THE COPIES W/ THE LEGAL ENVELOPE & HE HAD NOT RETURN IT.

7) PLAINTIFF SPOKE W/ MS. SUTLOW IN REGARDS OF MR. MADISON CONDUCT, & NOTHING WAS DONE, IN VIOLATION OF THE CONSTITUTION W/ CONDONING INAPPROPRIATE ACTION.

3.   Claim Three:   FIRST, & FIFTH Amendment claim

Supporting Facts: 8) PLAINTIFF SPOKE w/ms. RANGEL ON 12/3/12, IN REGARDS OF mr. MADISON CONDUCT & WAS TOLD (i.e., KEEP FILING ANOTHER GREIVANCE), IN VIOLATION OF THE FIRST AMENDMENT CONDONING INAPPROPRIATE ACTION & NOT RECTIFYING THE SITUATION.

9) 12/27/12, PLAINTIFF SENT A MOTION TO THE COURT CASE NO. 4:11-CV-780, & HAD NOT RECEIVE NO RESPONSE, Ms. REDDEN IN CHARGE OF OUTGOING & INCOMING MAIL, IN VIOLATION OF THE FIRST AMENDMENT OBSTRUCTION & THE PRISON DON'T HAVE A RECORD DATED. ALSO, PLAINTIFF RECEIVED OPEN MAIL w/ DOCUMENTS MISSING FROM THE COURT.

10) MR. MARTINEZ, MAIL ROOM OFFICER ALSO IN CHARGE OF OUT/& INCOMING PERSONAL & LEGAL MAIL, VIOLATED PLAINTIFF FIRST AMENDMENT RIGHT OF OUTGOING LEGAL MAIL, & INCOMING MISSING DOCUMENTS FROM THE COURT IN REGARDS OF THE SAME ABOVE CAPTION MATTER. id.

(Rev. 1/30/07)                6

3. Claim Three: FIRST, & FIFTH AMENDMENT CLAIM

Supporting Facts: 11) 2/6/13, PLAINTIFF SPOKE ONCE w/ Ms. HALL (A.W.) IN REGARDS OF MR. MADISON & THE CONDUCT OF THE UNIT TEAM, Ms. HALL IS IN VIOLATION OF THE CONSTITUTION FOR NOT ANSWERING THE "COP OUTS", CONDONING BEHAVIOR & NOT MAKING APPROPRIATE ROUNDS.

12) PLAINTIFF HAS SPOKE ONCE w/ MR. KUTA (A.W.) IN REGARDS OF THE OFFICER'S, & MR. KUTA VIOLATED THE CONSTITUTION BY NOT ANSWERING THE "COP OUTS", CONDONING THIS BEHAVIOR, & NOT MAKING APPROPRIATE ROUNDS.

13) PLAINTIFF HAS SPOKEN ONCE ALSO w/ WARDEN BERKEBILE SINCE THE COMMENCE OF THIS ACTION, & MR. BERKEBILE IN VIOLATION OF THE CONSTITUTION FOR NOT ANSWERING THE "COP OUTS", CONDONING THIS BEHAVIOR OF STAFF, & NOT MAKING APPROPRIATE ROUNDS TO ADDRESS THE RETALIATION ACTIONS ON PLAINTIFF IN THIS CASE BY THE OFFICER'S .id.

(Rev. 1/30/07)                6 - OF - 1

## E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ✔Yes ___ No (CHECK ONE). If your answer is "Yes," complete this section of the form. If you have filed more than one lawsuit in the past, use extra paper to provide the necessary information for each additional lawsuit. The information about additional lawsuits should be labeled "E. PREVIOUS LAWSUITS."

1. Name(s) of defendant(s) in prior lawsuit:

   LT., SASSAMAN, ET AL.

2. Docket number and court name:

   CASE NO. 4:11-CV-780 (M.D.PA.)

3. Claims raised in prior lawsuit:

   FIRST, & FOURTH AMENDMENT

4. Disposition of prior lawsuit (for example, is the prior lawsuit still pending? Was it dismissed?):

   OFFICIAL'S INTERFERRING

5. If the prior lawsuit was dismissed, when was it dismissed and why?

   N/A

6. Result(s) of any appeal in the prior lawsuit:

   N/A

## F. ADMINISTRATIVE RELIEF

1. Is there a formal grievance procedure at the institution in which you are confined?

   ✔Yes ___ No (CHECK ONE).

2. Did you exhaust available administrative remedies?   N/A   ___ Yes ___ No (CHECK ONE).

   OFFICIAL'S INTERFERRING

(Rev. 1/30/07)                    7

## E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ✓ Yes ___ No  (CHECK ONE).  If your answer is "Yes," complete this section of the form.  If you have filed more than one lawsuit in the past, use extra paper to provide the necessary information for each additional lawsuit.  The information about additional lawsuits should be labeled "E. PREVIOUS LAWSUITS."

1.  Name(s) of defendant(s) in prior lawsuit:

    B.A. BLEDSOE, ET AL.

2.  Docket number and court name:

    CASE NO. 4:09-CV-1412
    M.D. PENNSYLVANIA

3.  Claims raised in prior lawsuit:

    EIGHT AMENDMENT

4.  Disposition of prior lawsuit (for example, is the prior lawsuit still pending? Was it dismissed?):

    DISMISS

5.  If the prior lawsuit was dismissed, when was it dismissed and why?

    DISMISS ON 5/11/2010,
    REMEDY NOT COMPLETED

6.  Result(s) of any appeal in the prior lawsuit:

    DISMISS

## F. ADMINISTRATIVE RELIEF

1.  Is there a formal grievance procedure at the institution in which you are confined?

    ✓ Yes ___ No  (CHECK ONE).    " N | A "

2.  Did you exhaust available administrative remedies?  ___ Yes ___ No (CHECK ONE).

    OFFICIAL'S INTERFERRING

## G. REQUEST FOR RELIEF

State the relief you are requesting. If you need more space to complete this section, use extra paper. The additional requests for relief should be labeled "G. REQUEST FOR RELIEF."

1. DECLARATION PURSUANT TO 28 U.S.C. § 2201, ô' 2202, MANDATORY, ô' PROHIBITORY INJUNCTION PURSUANT TO 28 U.S.C. § 2283, ô' 2284, THE ACTS, ô' OMISSIONS CEASE BY THE OFFICIAL'S.

2. A PERMANENT INJUNCTION ON EACH INDIVIDUAL IN THEIR 'OFFICIAL' CAPACITY ORDERING DEFENDANT'S RESTRAINT FROM THIS CONDUCT.

3. PLAINTIFF RECEIVE A RESPONSE ON MOTION FILE ON 12/27/12, CASE NO. 4:11-CV-780.

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on ___2/11/2013___
(Date)

_____
(Prisoner's Original Signature)

CON'T

## G. REQUEST FOR RELIEF

4. MS. REDDEN, & R. MARTINEZ, CEASE FROM INTERFERRENCE & TAMPERING w/ PERSONAL & LEGAL MAIL OUT/& INCOMING FOR THE PLAINTIFF IN THIS INSTITUTION.

5. PLAINTIFF GIVEN IN EQUAL OPPORTUNITY TIER ORDERLY 'JOB', & OPPORTUNITY TO READ THE WEEKLY DAILY NEW'S PAPER'S FROM THE PRISON OFFICER'S FOR (B) TIER.

6. MR. MADISON CEASE FROM RETURNING 'EXPIRE', REJECTED REMEDY'S, & RETURN FILED BP. 8 REMEDY'S BY PLAINTIFF.

7. THE WARDEN'S MAKE APPROPRIATE ROUNDS & ALL THE PRISON OFFICIAL'S, ANSWER PLAINTIFF "COP"OUTS" ON MATTER'S.

8. TRIAL BY JUDGE:

9. ANY RELIEF THE COURT DEEMS PROPER, & THE DEFENDANT'S PAY THE COSTS OF THIS SHIT IN COURT.

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

EXHIBIT, (1):

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: TONEY JOE M. 26828-034 F FLD. ADX

| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A– INMATE REQUEST** ON 10/29/12, I HAD GOT LEGAL MAIL IN REGARDS OF MY CASE IN THE DISTRICT COURT & IT WAS TREATED AS 'REGULAR' MAIL, (i.e., OPEN IN THE MAIL ROOM) & COPIES OF MY DOCUMENTS WAS 'MISSING' FROM 'MAIL'! MS. REDDEN (S.I.S.), & MARTINEZ IS IN CHARGE OF THE MAIL ROOM & MY 'MAIL'! I GAVE MR. MADISON MY 'NOTICE OF DESIGNATION', & ENVELOPE TO MAKE (3) COPIES OF MY CASE NO. 5:12-CV-574-DC-10PRL, & HE HAD NOT RETURN MY ENVELOPE NEITHER 'COPIES' OF IT! PRISON OFFICIAL'S & MR. MADISON IS DISRUPTING & INTERFERRING WITH MY CASE IN COURT! I INTEND ON FILING THIS IN COURT!

SEE (BP.8) ATT.
CC/FILE:

11/12/2012
DATE

SIGNATURE OF REQUESTER

**Part B– RESPONSE**

**RECEIVED**

NOV 1 4 2012

ADX AW Office

REJECTED:
RECEIVED ON:
NOV. 23 2012

_____
DATE

_____
WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**SECOND COPY: RETURN TO INMATE**          CASE NUMBER: A2556 A

                                           CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.      UNIT       INSTITUTION

SUBJECT: _____

_____                    _____
DATE                                        RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN          PRINTED ON RECYCLED PAPER          BP–229(13)
                                                     APRIL 1982

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

EXHIBIT, (2).

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

| From: | TONEY JOE M. | 26828-034 | F | FLO. ADX |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A– INMATE REQUEST** ON 10/29/12, I GOT LEGAL MAIL IN REGARDS OF MY CASE IN THE DISTRICT COURT. COPIES OF MY "DOCUMENTS" WAS "MISSING" FROM MY MAIL! (S.I.S.) MS. REDDEN, MR. MARTINEZ HAS "OPEN" UP MY MAIL & "REMOVE (TAKEN) MY DOCUMENTS! PRISON- "OFFICIAL'S" & MR. MADISON DISRUPTING & "INTER- FERING" WITH MY "CASE" THATS IN FEDERAL COURT! I SPOKE WITH MS. RANGEL & MS. SUDLOW & NOTHING WAS DONE! I ASK FOR AN INVESTIGATION! I INTEND ON FILING THIS MATTER IN FEDERAL COURT FOR AN INJUNCTION & DECLARATIONS.

NOV. 23, 2012    CC/FILE: (BP. 8) ATT.

| NOV. 23, 2012 | | Joe m. Toney JL. |
|---|---|---|
| DATE | | SIGNATURE OF REQUESTER |

**Part B– RESPONSE**

**RECEIVED**

NOV 26 2012

ADX AW Office

REJECTED:
RETURN ON:
DEC. 6 2012

| | |
|---|---|
| DATE | WARDEN OR REGIONAL DIRECTOR |

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE**    CASE NUMBER: 712556-F2

CASE NUMBER:

**Part C– RECEIPT**

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: ____RECEIVED_____

| DEC. 04, 2012 (FRI.) | |
|---|---|
| DATE | RECIPIENT'S SIGNATURE (STAFF MEMBER) |

USP LVN    PRINTED ON RECYCLED PAPER

BP-229(13)
APRIL 1982

**U.S. Department of Justice**

**EXHiBiT, (3).**

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: __TONEY JOE M.__ __26828-034__ __F__ __FLO. ADX__
LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

**Part A - REASON FOR APPEAL** ON 11/23/12, MR. MADISON BROUGHT ME THIS REJECTED REMEDY (4) DAY'S AFTER IT WAS INSPIRE! I HAVE WROTE THE WARDEN & SPOKE WITH MS. RANGEL THAT MR. MADISON WAS NOT RETURNING MY REMEDIES & RECEIPTS & NOTHING WAS DONE! ON 12/6/12, I FILE A BP. (8) REMEDY IN REGARDS OF THIS. & I RECEIVED REMEDY NO. 712556-F2 REJECTION! & I HAVE NOT RECEIVED THE BP.(8) I FILE ON THIS! THE OFFICIAL'S IS CONDONING THIS MISCONDUCT! I'm BEING PROHIBITED FROM THE COURT & I ASK THAT YOU INVESTIGATE THIS MATTER!

__12/9/2012__          CC/FILE          __Joe M. Toney Jr.__
DATE                                      SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED
DEC 1 4 2012
REGIONAL DIRECTOR'S OFFICE
NORTH CENTRAL REGION

_____          _____
DATE                      REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE          CASE NUMBER: __712556-R1__

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____ _____ _____ _____
LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

SUBJECT: _____

_____          _____
DATE          SIGNATURE, RECIPIENT OF REGIONAL APPEAL

UPN LVN          PRINTED ON RECYCLED PAPER

BP-230(13)
JUNE 2002

**U.S. Department of Justice**   EXHIBIT, (4).   **Central Office Administrative Remedy Appeal**

Federal Bureau of Prisons                                          Issued 1.1.13

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: TONEY   JOE  M.    26828-034    F    FLO.ADX
  LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

**Part A - REASON FOR APPEAL**  ON 11/23/12, MR. MADISON BROUGHT ME THIS REMEDY REJECTION (4) DAY'S AFTER IT WAS EXPIRE! I HAVE WROTE THE WARDEN ∞° SPOKE WITH MS. RANGEL THAT MR. MADISON WAS NOT RETURNING MY REMEDIES ∞° RECEIPTS ∞° NOTHING WAS DONE! ON 12/6/12, I FILE A BP. (8) IN REGARDS OF THIS REMEDY "REJECTION" ∞° I HAVE NOT RECEIVED THE REMEDY BACK, MR. MADISON! I'm NOT BEING ALLOW BY "HIM" TO "FILE" ON "HIM" ∞° OTHER STAFF! IT'S BEING REJECTED ∞° RETURN AFTER IT IS EXPIRE! I INTEND ON FILING IN COURT FOR INJUNCTION!

1/6/2013    CC/FILE: _____
  DATE                          SIGNATURE OF REQUESTER

**Part B - RESPONSE**

_____
  DATE                                      GENERAL COUNSEL

SECOND COPY: REGIONAL FILE COPY          CASE NUMBER: 712556-A2

**Part C - RECEIPT**
                                              CASE NUMBER: _____

Return to: _____
  LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.       UNIT       INSTITUTION

SUBJECT: _____

_____
  DATE                              SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

UPN LVN                                                              BP-231(13)
                                                                     JUNE 2002

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

EXHIBIT. (5).

**REQUEST FOR ADMINISTRATIVE REMEDY**

Received 12.4.12

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

| From: | TONEY JOE M. | 26828-034 | F | FLO. ADX |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A– INMATE REQUEST** I GAVE MR. MADISON SEVERAL "COP OUTS" REQUESTING (3) LEGAL "ENVELOPES" TO MAIL MY DOCUMENTS TO THE "COURT" &° I WAS REFUSE (IGNORED) BY HIM! I GAVE HIM MY COURT "DOCUMENT" CASE NO. 5:12-CV-574-OC-10PRL! HE RETURN MY "ORIGINAL" COURT "ORDER", &° NOT THOSE (3) COPIES! HE TOLD ME I GOT TO COME "OUT" MY CELL &° MAIL IT "INFRONT" OF HIM! NEITHER HAD HE BROUGHT ME THE (3) LEGAL "ENVELOPE'S" I REQUESTED! MR. MADISON IS INTERFERRING &° DISRUPTING MY CASE IN COURT! I ASK FOR AN INVESTIGATION &° SOMETHING DONE! I INTEND ON FILING THIS IN FEDERAL COURT! SEE (BP. 8)!

12/06/2012    cc.

| | |
|---|---|
| DATE | SIGNATURE OF REQUESTER |

**Part B– RESPONSE**

REC

D90C

| | |
|---|---|
| DATE | WARDEN OR REGIONAL DIRECTOR |

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE**     CASE NUMBER: 715590 - F1

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____

| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |
|---|---|---|---|

SUBJECT: _____

| | | |
|---|---|---|
| DATE | RECIPIENT'S SIGNATURE (STAFF MEMBER) | |

REC 12/2/13
(WEP.)

USP LVN

BP–229(13)
APRIL 1982
PRINTED ON RECYCLED PAPER

**U.S. Department of Justice**

EXHIBIT, (6).                    **Regional Administrative Remedy Appeal**

Federal Bureau of Prisons                                                    *[handwritten]* 1.2.13

Type or use ball-point pen.  If attachments are needed, submit four copies.  One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: **TONEY   JOE   M.**      **26828-034**      **F**      **FLO. ADX**
          LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

**Part A – REASON FOR APPEAL** ON 1/2/13, I RECEIVED THE REJECTION RECEIPT + RESPONSE TO THIS REMEDY! MR. MADISON, MY UNIT TEAM, + PRISON OFFICIALS ARE HOLDING MY REJECTIONS UNTIL THE INSPIRATION DATE EXPIRE! + THIS IS THE SECOND TIME THIS HAS HAPPEN! I'M HAVING PROBLEMS WITH MY MAIL, MY REMEDY'S, + IS NOT RECEIVING MY RECEIPTS! I ASK FOR AN INVESTIGATION ON THIS PRISON + OFFICIALS + THAT SOMETHING BE DONE OF THIS MISCONDUCT! + THE OFFICIALS ARE DISRUPTING + INTERFERRING WITH MY CASE IN COURT! I INTEND ON FILING THIS IN FEDERAL COURT!

1/3/2013          cc/FILE:                    *[signature]*
    DATE                                          SIGNATURE OF REQUESTER

**Part B – RESPONSE**

_____                              _____
          DATE                                                      REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

SECOND COPY: RETURN TO INMATE                    CASE NUMBER: **715590-R1**

**Part C – RECEIPT**

                                                    CASE NUMBER: _____

Return to: _____
                LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

_____          RE: 1/2/13          _____
          DATE                   (WED.)              SIGNATURE, RECIPIENT OF REGIONAL APPEAL

UPN LVN                                                          BP-230(13)
                                                                JUNE 2002

EXHIBIT, (7).

**U.S. Department of Justice**                    **Central Office Administrative Remedy Appeal**
Federal Bureau of Prisons                                                       filed 1·16·13

---

Type or use ball-point pen.  If attachments are needed, submit four copies.  One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: TONEY   JOE   M.          26828-034        F        FLO. ADX.
         LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.         UNIT        INSTITUTION

**Part A - REASON FOR APPEAL** ON 1/2/13, I RECEIVED THE REJECTION RECEIPT "o" RESPONSE TO THIS REMEDY! MR. MADISON "o" PRISON OFFICIAL'S ARE HOLDING MY (REMEDY'S) REJECTIONS UNTIL IT IS "EXPIRE "o" UNUSABLE! THIS IS THE (2nd) TIME THIS HAS HAPPEN! I'm HAVING PROBLEMS w/MY MAIL, REMEDY'S, "o" RECEIPT'S! THEY IS NOT BEING RETURN APPROPRIATELY OR, NOT AT ALL! I HAVE NOT RECEIVED REMEDY NO. 715109-F1, "o" (NO. 716379-F1), "o" MY BP. 8's IS NOT RETURN! THIS OFFICER IS WALKING PASS MY CELL "o" IGNORING ME! I'VE WROTE TO PRISON OFFICIAL'S "o" GOT NO RESPONSE! I ASK AN INVESTIGATION!

1/21/2013   cc/FILE:

_____                    _____
DATE                                                    SIGNATURE OF REQUESTER

**Part B - RESPONSE**

_____                    _____
DATE                                                    GENERAL COUNSEL   715590-A1

SECOND COPY: REGIONAL FILE COPY                    CASE NUMBER: _____

**Part C - RECEIPT**                                                  CASE NUMBER: _____

Return to: _____
              LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION
SUBJECT: _____

_____                    _____
DATE                                                    SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

UPN LVN                                                                             BP-231(13)
                                                                                        JUNE 2002