IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-00111-RM-BNB

JOE M. TONEY, JR.,

Plaintiff,

v.

WARDEN BERKEBILE,
A.W. HALL,
A.W. KUTA,
S.I.S. REDDEN,
R. MARTINEZ,
MS. RANGEL,
MS. SUDLOW, and
MR. MADISON,

Defendants.

_____

**ORDER**
_____

This matter arises on the plaintiff's **Motion for Court Order Directing the Clerk of Court or Defendants to Provide Plaintiff with a Copy of Fed. R. Civ. P. 26 and Rule 34** [Doc. #73, filed 09/18/2013] (the "Motion"). The Motion is DENIED.

The plaintiff is incarcerated by the Federal Bureau of Prisons at the United States Prison, Administrative Maximum in Florence, Colorado ("ADX"). He requests that the court order the Clerk of the Court or the defendants to provide him with a copy of Rules 26 and 43, Fed. R. Civ. P. The plaintiff does not state whether a copy of the rules is available to him at ADX.

The plaintiff claims that at the Scheduling Conference on July 23, 2013, I advised him that the Clerk of the Court would send him a copy of the Federal Rules. I did not. Instead, I told the plaintiff that I would cause the Clerk of the Court to send him a copy of a pretrial order form,

not a copy of the Federal Rules of Civil Procedure. The court does not provide copies of the Federal Rules of Civil Procedure. Nor will the court require the defendants to provide the plaintiff with a copy of the Federal Rules.

    IT IS ORDERED that the Motion is DENIED.

    Dated September 25, 2013.

                                        BY THE COURT:

                                        s/ Boyd N. Boland
                                        United States Magistrate Judge