IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-00111-RM-BNB

JOE M. TONEY, JR.,

Plaintiff,

v.

WARDEN BERKEBILE,
A.W. HALL,
A.W. KUTA,
S.I.S. REDDEN,
R. MARTINEZ,
MS. RANGEL,
MS. SUDLOW, and
MR. MADISON,

Defendants.

_____

## ORDER
_____

This matter arises on **Defendants' Motion for Leave to Answer Plaintiff's Amended Complaint** [Doc. #94, filed 11/22/2013] (the "Motion").

The plaintiff filed an Amended Complaint on February 15, 2013 [Doc. #20].  The defendants filed an Answer on June 14, 2013 [Doc. #43].  The Answer responded to the original Complaint [Doc. #7], not the Amended Complaint.  The defendants seek leave to file an answer to the plaintiff's Amended Complaint.

IT IS ORDERED:

(1)   The Motion is GRANTED; and

(2)   The Clerk of the Court is directed to accept the proposed Answer [Doc. #94-1] for filing.

Dated December 2, 2013.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge