IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00111-RM-BNB

JOE M. TONEY,

Plaintiff,

v.

WARDEN BERKEBILE,
A.W. HALL,
A.W. KUTA,
S.I.S. REDDEN,
R. MARTINEZ,
MS. RANGEL,
MS. SUDLOW, and
MR. MADISON,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Plaintiff's Motion for Leave to File a Reply to the Defendants' Response** [docket no. 104, filed December 19, 2013] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and plaintiff may reply to the Motion for Protective Order [88] on or before **January 3, 2014**. Plaintiff's reply is limited to six (6) pages.

DATED:  December 20, 2013