IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00111-RM-BNB

JOE M. TONEY,

Plaintiff,

v.

WARDEN BERKEBILE,
A.W. HALL,
A.W. KUTA,
S.I.S. REDDEN,
R. MARTINEZ,
MS. RANGEL,
MS. SUDLOW, and
MR. MADISON,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion for Order Permitting Deposition of Federal Bureau of Prisons Inmate Toney** [docket no. 113, filed January 9, 2014] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. Pursuant to Fed.R.Civ.P. 30(a)(2)(B), defendants are permitted to depose plaintiff Joe M. Toney on or before **January 23, 2014**. Defense counsel will coordinate with prison officials to make arrangements to conduct the deposition.

DATED:  January 9, 2014